UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. |
| v. ) ) | |
| ) | **COMPLAINT** 10-cv-543 |
| WISCONSIN STAFFING SERVICES, INC., ) d/b/a NICOLET STAFFING, INC., ) ) | (Jury Trial Demand) |
| Defendant. ) ) ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race (Native American), and to provide appropriate relief to Carolyn J. Red Bear, who was adversely affected by such practices. As alleged with greater particularity in paragraph 7 below, Ms. Red Bear was adversely affected by such practices when the president of Wisconsin Staffing Services, Inc., d/b/a Nicolet Staffing, Inc. and a co-worker in Ladysmith, Wisconsin subjected her to a hostile work environment based on her race (Native American). In addition, Ms. Red Bear was constructively discharged when she refused to submit to the harassment and to demands to appear less "ethnic."

1

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the Western District of Wisconsin.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Nicolet Staffing, Inc. has been a division of the defendant, Wisconsin Staffing Services, Inc. ("Wisconsin Staffing" or "Employer"). At all relevant times, Wisconsin Staffing has been a regional employment staffing firm, doing business in the State of Wisconsin and the City of Ladysmith, and has continuously had at least 15 employees.

5. At all relevant times, Wisconsin Staffing has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Carolyn J. Red Bear ("Red Bear") filed a charge with the Commission alleging violations of Title VII by Nicolet Staffing, Inc. (a division of Wisconsin Staffing). All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  From at least September, 2007, Wisconsin Staffing has engaged in unlawful employment practices at its Nicolet Staffing division in Ladysmith, Wisconsin, in violation of Section 703(a) of Title VII, 42 U.S.C. and § 2000e-2(a).  Such practices include, but are not limited to making derogatory comments to Red Bear about her appearance, culture, and last name. In addition to the aforementioned unlawful employment practices, Red Bear was constructively discharged when she quit her job rather than comply with a directive from the president of Wisconsin Staffing to cut her hair and change her last name to "fit in" with the "white community."

8.  The effect of the practices complained of in paragraph 7 above has been to deprive Red Bear of equal employment opportunities and otherwise adversely affect her status as an employee because of her race.

9.  The unlawful employment practices complained of in paragraph 7 were and are intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Carolyn Red Bear.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant Wisconsin Staffing, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in discrimination based upon race.

B.  Order Defendant Wisconsin Staffing to institute and carry out policies, practices, and programs which provide equal employment opportunities for Native American employees, and which eradicate the effects of its past and present unlawful employment practices.

  C. Order Defendant Wisconsin Staffing to make whole Carolyn Red Bear, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement.

  D. Order Defendant Wisconsin Staffing to make whole Carolyn Red Bear, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

  E. Order Defendant Wisconsin Staffing to make whole Carolyn Red Bear by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  F. Order Defendant Wisconsin Staffing to pay Carolyn Red Bear punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

      P. David Lopez
      General Counsel

      James L. Lee
      Deputy General Counsel

      Gwendolyn Young Reams
      Associate General Counsel

                                        EQUAL EMPLOYMENT OPPORTUNITY
                                              COMMISSION
131 M Street, N. E.
Washington, D.C.  20507

Dated:  September 22, 2010      s/ _____
John C. Hendrickson
Regional Attorney

Dated:  September 22, 2010      s/ _
Jean P. Kamp
Associate Regional Attorney

s/Camille A. Monahan_____
Camille A. Monahan
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
       COMMISSION
Milwaukee Area Office
310 West Wisconsin - Suite 800
Milwaukee, WI 53202
*Telephone*:  (414) 297-3548
*Fax:*       (414) 297-3146

*E-mail*:   john.hendrickson@eeoc.gov
*E-mail*:   jean.kamp@eeoc.gov
*E-mail*:   camille.monahan@eeoc.gov